```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 32025
   MARIO S MICELI
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7927

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/07/2005 and was confirmed 03/29/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  34.39%.

     The case was paid in full 08/26/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
JP MORGAN CHASE BANK NA   CURRENT MORTG         .00            .00            .00
GREAT BANK                SECURED               .00            .00            .00
MID WISCONSIN BANK        SECURED           1644.67         118.68        1644.67
WASHINGTON MUTUAL         CURRENT MORTG         .00            .00            .00
CAPITAL ONE SERVICES      UNSECURED        NOT FILED          .00            .00
CHASE                     UNSECURED        NOT FILED          .00            .00
CREDIT FIRST              UNSECURED          510.03           .00         175.38
DIAGNOSTIC IMAGING ASSOC  UNSECURED        NOT FILED          .00            .00
DIAGNOSTIC IMAGING ASSOC  UNSECURED        NOT FILED          .00            .00
HOME DEPOT CREDIT SERVIC  UNSECURED        NOT FILED          .00            .00
HOUSEHOLD BANK            UNSECURED        NOT FILED          .00            .00
STERLING INC              UNSECURED          211.98           .00          72.89
WORLD FINANCIAL NETWORK   UNSECURED          870.47           .00         299.32
PORTFOLIO RECOVERY ASSOC  UNSECURED        11841.29           .00        4071.70
RESURRECTION MEDICAL CEN  UNSECURED        NOT FILED          .00            .00
RESSURECTION MEDICAL CEN  UNSECURED        NOT FILED          .00            .00
RETAIL SERVICES           UNSECURED        NOT FILED          .00            .00
ROUNDUP FUNDING LLC       UNSECURED         3413.05           .00        1173.60
WELLS FARGO FINANCIAL NA  SECURED            450.00           .00         450.00
WELLS FARGO FINANCIAL IL  UNSECURED OTH     1505.40           .00         150.54
GREGG E SZILAGYI          ADMINISTRATIV     1250.00           .00        1250.00
ROBERT J ADAMS & ASSOC    PRIORITY         NOT FILED          .00            .00
WELLS FARGO FINANCIAL NA  UNSECURED          599.35           .00         206.09
JP MORGAN CHASE BANK NA   SECURED NOT I      118.85           .00            .00
STERLING INC              SECURED NOT I     1907.82           .00            .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY      2,500.00                     2,500.00
TOM VAUGHN                TRUSTEE                                         835.80
DEBTOR REFUND             REFUND                                          214.15

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS          DISBURSEMENTS
```

PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 32025 MARIO S MICELI

```
--------------------------------------------------------------------------------
TRUSTEE                                         13,162.82

PRIORITY                                                                 .00
SECURED                                                             2,094.67
    INTEREST                                                          118.68
UNSECURED                                                           6,149.52
ADMINISTRATIVE                                                      3,750.00
TRUSTEE COMPENSATION                                                  835.80
DEBTOR REFUND                                                         214.15
                                                ---------------    ---------------
TOTALS                                          13,162.82          13,162.82
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 11/20/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```

                    PAGE   2
    CASE NO. 05 B 32025 MARIO S MICELI